**GREENSPOON MARDER LLP**
GERMAIN D. LABAT (SBN 203907)
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (323) 880-4520
Fax: (954) 771-9264
Email: germain.labat@gmlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL EBRAHIM AND HANAA SHARMOUKH, | Case No. 2:22-cv-00890 |
| | Judge: Dolly M. Gee |
| PLAINTIFFS, | |
| V. | |
| ELITE FINANCIAL SERVICES, INC., | **DECLARATION OF GREG MORIN IN SUPPORT OF DEFENDANT ELITE FINANCIAL SERVICES, INC.'S MOTION TO DISMISS THE COMPLAINT** |
| DEFENDANT. | |
| | Complaint Filed: February 9, 2022 |

I, Greg Morin, declare as follows:

1. I am the general manager and a custodian of records for Elite Financial Services, Inc. ("Elite Financial"). I am over the age of 18 and can competently testify to the matters set forth herein if called to do so. I make this declaration based on personal knowledge.

- 1 -
DECLARATION OF GREG MORIN IN SUPPORT OF DEFENDANT ELITE FINANCIAL SERVICES, INC.'S MOTION TO DISMISS THE COMPLAINT

2.  Elite Financial provides debt settlement services to clients to assist with the negotiating and settling of their unsecured debts. Plaintiffs in the above-referenced litigation, Emil F. Ebrahim and Hanna F. Sharmouk (collectively, "Plaintiffs"), sought such debt settlement services from Elite Financial.

3.  Accordingly, on December 5, 2018, Elite Financial enrolled Plaintiffs in its debt settlement program through the provision and execution of Elite Financial's Enrollment Package, which contained a Debt Reduction Plan Outline, a Creditor Information form, a General Information form, a Limited Power of Attorney, a Permission Letter to Communicate with Creditors and Collection Agencies, a Settlement Authorization Form, a Disclosure Statement, an Agreement for Services, a State Requirements form, an Important Information form, a Notice of Cancellation, a List of Creditors form, a Schedule of Program Deposits, and a Difficult Creditors Policy (collectively, the "Agreement").

4.  Attached as **Exhibit A** is a true and correct copy of the Agreement.

I declare under penalty of perjury under the laws of the United States and the State of Massachusetts that the foregoing is true and correct to the best of my knowledge.

SIGNED this 24th day of March, 2022, at Beverly, Massachusetts.

_____
Greg Morin