DocuSign Envelope ID: 3048C160-9ABB-47FF-8376-00792F638BBB



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

## Enrollment Package Check List

- ✓ **1.) Debt Reduction Plan Outline**  (pg. 2)
  Explains your payment and program length based on your debt amount.

- ✓ **2.) Creditor Information Form**  (pg. 3)
  List all creditors to be enrolled.  The balances listed on this form must be accurate and up to date.  Please be sure to include an account # or reference # for each creditor listed.

- ✓ **3.) General Information** (pg. 4)
  Please make sure all contact information listed for you is accurate.

- ✓ **4.) Power of Attorney & Permission to Communicate Form**  (pgs. 5-6)
  These forms will be necessary for EFS to contact your creditors on your behalf and negotiate your accounts.

- ✓ **5.) Settlement Authorization Form** (Pg. 7)
  This form grants permission to EFS to accept any settlement presented by a creditor that meets or exceeds your 50% savings quote.

- ✓ **6) Disclosure Statement**  (pgs. 8-9)
  Please review this statement before you sign the Agreement for Services.

- ✓ **7) Agreement for Services**  (pgs. 10-13)
  Please read this form thoroughly.  Each client must review, sign and date the contract.  It is important you understand the terms and limits of your program.

- ✓ **7.) State Requirements**  (pgs. 14-15)

- ✓ **8.) Important information**  (pgs. 16)

- ✓ **9.) Notice of Cancellation**  (pg. 17)

- ✓ **10.) List of Creditors**  (pgs. 18)

- ✓ **11.) Schedule of Program Deposits**  (pg. 19)

- ✓ **12.) Difficult Creditors** (pg. 20)

- ✓ **13.) Dedicated Account Agreement & Application**
  Please remember to either fax a copy of a voided check for your retainer fee or fill out the form provided in this package.  If you so choose, this will open an FDIC insured bank account for you to save your funds in.  This form is the application for your program savings account.

**It is extremely important for you to sign and return all documents to Elite Financial Services once the enrollment package has been completed.  Once you press the complete button, Elite Financial Services will automatically receive a copy of your documents.  Should you have any questions, please do not hesitate to contact your program advisor.**
**Please fax documents to 1-781-417-7088.**



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

**Enrollment Date:** 12/05/2018

Dear Emil Ebrahim:

    Elite Financial Services would like to congratulate you on taking the first step in resolving your unique financial situation.  We look forward to doing business with you!

    Please review your debt reduction plan below, but please keep in mind that this is based on what you have discussed and could change if the figures change.  If you find errors in the document, please contact me, Anna Liakos at Ext 1008, so that I may correct any errors and resend the document.

**This is an outline of your debt reduction plan:**

- Estimated outstanding debt: **$ 24,500.00**
- Estimated amount we will reduce your debt to: $ **12,250.00**
- Your monthly payment: **$569.58**  **(Total Fees Included For All Services)**
- Term of the program: **36** Months; Ending: **12/20/2021**
- Total necessary to fund settlements: **$ 12,250.00**
- Estimated fees: **25.00** (% enrolled debt): **$ 6,125.00**
- Total estimated program bank set up cost: **$9.00**
- Total estimated bank monthly cost: **$8.35**

**Client Signature** — [signature: Emil] 77B8AD117789432...
12/5/2018
**Date**

**Co-Client Signature** — [signature: H.S] 77B8AD117789432...
12/5/2018
**Date**



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

## Creditor Information

**Accounts for Enrollment:**

| Original Creditor Name | Current Creditor Name | Account | Balance Owed |
| --- | --- | --- | --- |
| BANK OF AMERICA | BANK OF AMERICA | 0000* | $ 6,000.00 |
| BANK OF AMERICA | BANK OF AMERICA | 0000* | $ 6,500.00 |
| CAPITAL ONE | CAPITAL ONE | 0000 | $ 3,000.00 |
| CITI | CITI | 0000* | $ 9,000.00 |

*[DocuSigned by: EMW — 77B8AD117789432...]*
**Client Signature**

*[DocuSigned by: H.S — 77B8AD117789432...]*
**Co-Client Signature**

12/5/2018
**Date**

12/5/2018
**Date**

denotes "difficult creditor" – see page 20 for further explanation*

3



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

**Date:** 12/05/2018

Client Name: **Emil F Ebrahim**  Social Security Number: ▮▮▮▮▮▮

Co-Client Name: **Hanaa F Sharmouk**  Social Security Number: ▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Home Phone: ▮▮▮▮▮▮  Employer Phone:

Cell Phone: ▮▮▮▮▮▮  Fax Number:

E-mail Address: ▮▮▮▮▮▮▮▮

## GENERAL INFORMATION

Monthly Income:   Co-Client Monthly Income:

Client Employer:   Co-Client Employer:

Reason for Counseling:

If you have documentation for your hardship *(i.e. medical documentation, letter from employer showing reduction in work hours)*, please provide the documentation to us. It will help us negotiate lower settlements with your creditors. If you are unsure about your hardship, please ask your program advisor. Your program advisor will be able to guide you through the necessary documentation.

## **Creditor Information**

On the previous page you will find the creditor information that you provided to your program advisor during the consultation. Please note that if you did not have the accounts numbers readily available, your program advisor will be contacting you to obtain those account numbers.

Once your program advisor has received your completed paperwork, they will submit it to the management team for review and finalization. You will receive a call from your program advisor shortly after the management team has reviewed your signed documents.



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

# LIMITED POWER OF ATTORNEY

**Client Name:** Emil F Ebrahim        **Client SSN:** ███████

**Co-Client Name:** Hanaa F Sharmouk   **Co-Client SSN:** ███████

**Address:** ███████

**City:** ███████

Hereby authorize all necessary communications, correspondence, and negotiations regarding my account(s) be conducted by Elite Financial Services Inc, (EFS). I instruct you to close any open accounts and suspend any privileges that go along with them. Any and all communications directed to me will be referred to EFS, and only they will be authorized to deal with your company and or your company representatives.

In accordance with Section 805(b) of the Fair Debt Collection Practices Act, I hereby authorize third party communication from any and all creditors, collection agencies, or other third parties to communicate directly with Elite Financial Services concerning my account or the collection activities associated with it. **Please remove my phone number(s) from your computer, and enter the phone number of Elite Financial Services to ensure proper future contact.**

**Executed this** _____ ,

**Soc Sec #:** ███████                          **Soc Sec #:** ███████

*[Signature: Emil]*                               *[Signature: H.S]*
—77B8AD117789432...                              —77B8AD117789432...

**(Client Signature)**                            **(Co-Client Signature)**
12/5/2018                                         12/5/2018

STATE OF _____

COUNTY OF _____

On this _____ day of _____, before me, the undersigned authority or notary public, personally

appeared _____, proved to me through satisfactory evidence of identification, which were

_____, to be the person whose named is signed on the preceding or attached document

entitled "Permission Letter for Elite Financial Services to Communicate with Creditors and Collection Agencies", and

acknowledged to me that he/she signed it voluntarily for its stated purpose.

_____
Notary Public

My Commission Expires:

5



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

# Permission Letter for Elite Financial Services to Communicate with Creditors and Collection Agencies

I, __Emil F Ebrahim__ expressly authorize Elite Financial Services, its agents and representatives (hereinafter, EFS) permission to communicate with my creditors for the purpose of assisting EFS in carrying out its obligations pursuant our Agreement. I understand and agree that this authorization does not represent an engagement of EFS for legal services, nor does it expand the scope of EFS obligations under our Agreement. It is solely to permit EFS to communicate with my creditors, to whom I understand and agree I remain primarily obligated. As such, I instruct and authorize EFS:

**1.** To all extents that I am permitted myself to do so, communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my debts and the specific obligations that EFS has undertaken pursuant to my Agreement with EFS.
**2.** Communicate, negotiate and settle debts with my permission, assuming I have met all of my obligations under the Agreement. I assert that all of the information that I have provided and will provide EFS is accurate, timely and correct.
**3.** I understand and agree that EFS is not authorized, nor will I request or accept, any legal advice relating to my personal financial situation. All communications between my creditors, the parties listed above and EFS are with my express permission and instruction. I understand that EFS is not a law firm, is not licensed to practice law or provide legal advice, and I expressly agree to waive, forgo, indemnify and defend any claim against the EFS relating to the practice of law. I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the EFS program.

**Executed this** _____,

**Client** Emil F Ebrahim                                   **Co-Client** Hanaa F Sharmouk

**Soc Sec #:** ▮▮▮▮▮▮▮▮                                   **Soc Sec #:** ▮▮▮▮▮▮▮▮

DocuSigned by: *Emil* / 77B8AD117789432...                  DocuSigned by: *H. S.* / 77B8AD117789432...
**(Client Signature)**                                      **(Co-Client Signature)**
12/5/2018                                                   12/5/2018

STATE OF _____

COUNTY OF _____

On this _____ day of _____, before me, the undersigned authority or notary public, personally

appeared _____, proved to me through satisfactory evidence of identification,

which were _____, to be the person whose named is signed on the preceding or attached

document entitled "Limited Power of Attorney" and acknowledged to me that he/she signed it voluntarily for its stated

purpose.

_____
Notary Public

My Commission Expires:

6



100 Cummings Center, Suite 141A  
Beverly, MA 01915  
P: (866)922-0040  
F: (781)417-7088

## Settlement Authorization Form

I, __Emil F Ebrahim__ expressly authorize Elite Financial Services, its agents and representatives (hereinafter, EFS) to accept any negotiated settlement with my creditors that either A) meets or exceeds the 50% quoted savings, or B) represents the best known settlement offered by a particular creditor. I understand and agree that this authorization pertains only to accounts for which I have sufficient funds accumulated to accept under the negotiated settlement terms. This authorization is granted in an effort to maximize program savings as well as eliminate the risk of losing advantageous settlement offers due to the time restrictions a creditor may place on an offer.

**Executed this**

| **Client** | Emil F Ebrahim | **Co-Client** | Hanaa F Sharmouk |
|---|---|---|---|
| **Soc Sec #:** | [redacted] | **Soc Sec #:** | [redacted] |

DocuSigned by: *EMIL* — 77B8AD117789432...  
**(Client Signature)**  
12/5/2018

DocuSigned by: *H.S* — 77B8AD117789432...  
**(Co-Client Signature)**  
12/5/2018



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

## Disclosure Statement

Please read, review and initial each disclosure then sign and date this document before you sign and date the Agreement for Services. By initialing each item below, you are attesting that we fully explained each disclosure listed, you were provided time to review each disclosure, and you understand each disclosure.

1. **Program Selection.** We determine your eligibility for a debt settlement program, but we do NOT evaluate your unique credit and debt situation to determine which option is best for you. It is your responsibility and choice to evaluate and determine which option is best for you. By executing this agreement, you are representing that you have considered these other options and further, that you have provided us with accurate information including your financial information and the state of your financial hardship.

2. **Credit Rating Impact.** While participating in a debt settlement program, your credit score may be negatively impacted. Your credit report may reflect the fact that you have ceased paying your creditors.

3. **Tax Liability.** If you settle a debt with a creditor for less than the full amount of that debt you may have to pay income taxes on the amount the debt was reduced for settlement. We are neither able to provide assistance with the completion of your tax return, nor advise you how you should or should not treat income tax payable on debt that has been forgiven through a debt settlement program. We do recommend, however, that you consult with a tax advisor to guide you through the process and determine if you qualify for exemption. More information and links to Bankruptcy Tax Guide, IRS Form 982 and Reduction of Tax Attributed to Discharge of Indebtedness is available at **www.irs.gov**.

4. **Creditor Collection Activity.** We do not make regular payments to your creditors. While you are enrolled in a debt settlement program, late fees, penalties, and interest will likely continue to accrue on your debt until your creditor accepts a settlement offer and the settlement is completely satisfied as agreed. If negotiations are unsuccessful, you may be responsible for payment of the entire new balance.
   If you do not or cannot remit your monthly minimum payment, you will be in default of your agreement with your creditor(s) resulting in an increased interest rate. If you do not or cannot pay your monthly minimums for one credit card, that may cause a default in your other credit cards subjecting you to a higher default interest on those credit cards.
   Participation in a debt settlement program, like any failure to pay creditors on time, will likely increase collection activity, including phone calls and correspondence from the creditor or debt collector.
   By failing to pay creditors in accordance with the terms of the contractual agreements with those creditors, you may be in violation of the agreements with those creditors, which may result in litigation. If a judgment has been obtained, a creditor may garnish your wages or seize any available assets or property. State laws regarding judgments vary. Please consult an attorney licensed to practice in your state regarding possible judgment consequences.

5. **No Specific Reduction Guaranteed.** We cannot guarantee that your debt will settle for any particular percentage within any particular time period, or that we will be able to settle any of your accounts at less than full value.
   Any individual creditor may use a number of different criteria in determining that creditor's willingness to settle a debt or the amount acceptable in settlement, including, but not limited to the amount of the debt, the current status of the debt, the reasons you are seeking debt settlement, the debt settlement program, the type of debt, and the amount of your disposable income. We cannot guarantee the specific results of your program.

6. **Legal Advice.** Under no circumstances have or will we provide you legal advice.

7. **Fee Liability.** You may terminate the program at any time, without penalty or obligation, but you may be liable for fees already earned for services performed under the terms of your agreement with us. If you terminate, you will receive all funds in your dedicated program account, less earned fees. Fees will be paid to Elite Financial Services as



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

settlements are executed with creditors in succession. The fees will be a percentage of the amount of the enrollment debt. The estimated dollar amount of your fees is **6,125.00**

8. **Funding Responsibility.** You understand that we cannot and will not settle any debt without your authorization and it is your obligation to fund any settlements negotiated by us. We cannot and will not make any payment of any debts on your behalf.

9. **Possession of Funds.** You understand that we will not take possession or control of any of your funds, other than receiving fees owed to us under the terms of our agreement with you. You or your designee is responsible for depositing and transferring any funds that are required for any settlements and for payment of our fees under the terms of your agreement with us.

10. **Third Party Obligations.** If you are using a third party designee to transfer, deposit, withdraw or disburse funds, you may be subject to paying additional fees to the third party designee, if any, for handling your transactions. We may provide you information and forms from companies and/or banks that can act as your designee, but your use of a designee and your agreement with such a designee is separate from your agreement with us.

Any program deposit that is returned due to insufficient funds will be automatically redeposited upon notification. Additionally, a $25.00 fee for the returned payment will be processed.

11. **Difficult Creditors.** Certain creditors are more difficult to negotiate with than others, some substantially so. The presence of an enrolled debt with a difficult creditor may result in a less favorable settlement for that particular debt than the same debt with a non-difficult creditor. If your enrolled accounts consist of one or more creditors known or believed to be "difficult creditors," a greater degree of personal involvement may be required from you in order to obtain the best possible settlement. Though EFS is committed to handling every possible aspect of your debt negotiation agreement and will make the initial outreach to difficult creditors when necessary, you may be required to directly communicate or negotiate with a difficult creditor. In such an instance, EFS will work with you on a case by case basis to formulate an appropriate method for approaching these creditors, including providing you with step by step instructions to follow and an appropriate negotiated settlement range.

12. **Miscellaneous.** Elite Financial Services is a debt settlement company. We do NOT provide the following services: credit counseling, debt consolidation, debt management, debt pooling, legal advice, credit repair, tax services, accounting services or loans. We are NOT a law firm, and we do not provide legal services of any kind.
    Absent special circumstances, we will not negotiate settlements with creditors until you have set aside enough money to take advantage of a settlement. We may disclose to others information you have provided in order to expedite the settlement of your accounts.

**BY SIGNING BELOW, YOU ARE STATING ELITE FINANCIAL SERVICES CORPORATION HAS EXPLAINED, AND THAT YOU UNDERSTAND, THE AFOREMENTIONED DISCLOSURES.**

| | | |
|---|---|---|
| *EM* (DocuSigned by: 77B8AD117789432...) | 12/5/2018 | Elite Financial Services |
| Client's Signature | Date | 100 Cummings Center, Suite 141A |
| *HS* (DocuSigned by: 77B8AD117789432...) | 12/5/2018 | Beverly, MA 01915 |
| | | 866-922-0040 |
| Co-Client's Signature | Date | staff@livedebtfree.net |



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

## Agreement for Services

The client, (you) hereby authorizes Elite Financial Services Inc. ("EFS") the sole right to negotiate and settle with creditors on your behalf.  The Client understands that EFS is not a law firm, nor does EFS render legal advice. In return, the client will pay directly to the EFS a fee for services that are rendered as part of the program.  Please refer to the State Requirements included in this agreement along with the description provided below. Client is enrolling with EFS the accounts listed on the Creditor Information Form included in the Enrollment Package.  EFS has also provided client with an outlined estimate of the debt reduction plan in the Enrollment Package.  Both the list of creditors and the plan estimate are included herein by reference.  When you complete the program you will receive a letter of completion, along with a copy of each letter of settlement for every debt settled in the EFS debt management program.

## Description of Services & Fees

### A. Debt Management Program

1. **Services:** Elite Financial Services (EFS) will provide the services as listed above, keep client updated on any current and upcoming developments regarding the company as well as client's personal accounts, and respond to client in a timely fashion with any inquiries.  EFS does not receive compensation from creditors, banks or third party collection agencies. EFS does not provide accounting advice to clients. Elite Financial will provide a professional service for client and provide the client with any correspondence pertaining to client. EFS will negotiate with client's creditor(s) in an effort to reduce the amount owed to the creditor(s).  EFS cannot force negotiations or settlements with creditors, but EFS will advocate solely on behalf of the client.  EFS will work with client to minimize creditor calls and correspondence by mail as well as accurately track the balances on enrolled accounts; EFS will field phone calls from creditor(s) on client's behalf; EFS will provide creditor(s) enrolled with all proper documentation, including Power of Attorney, Permission to Communicate Form, Budget Sheet, Offer of Settlement, Term Settlement Offer, Request for No Contact, Notice to Cease Communication and other forms as required to fulfill Agreement for Services; EFS will hold regular Customer Support hours of 9 AM EST – 6 PM EST Monday and Tuesday, Wednesday and Thursday 11AM EST – 8 PM EST and Fridays from 8 AM EST – 5 PM EST; EFS Customer Support can be reached at 1-866-922-0040 or at staff@livedebtfree.net; EFS will communicate with the client monthly, even if there are no pending settlement offers from the creditor(s).

    Each client will receive a settlement letter for each settlement agreement signed by that creditor.  This letter will be provided by EFS.  In some instances there may be a delay in disbursement due to a pending settlement letter.

2. **Fees:**  The fees **25.00** % of the amount of debt enrolled in the program.  The fees are earned in succession as settlements are reached with creditors and a payment is made on each settlement.  In no event will the fees ever exceed the maximum permitted by Client's state.  Your fees are expected to be **6,125.00.**  As indicated in the Disclosure Statement, your active participation in EFS' negotiation and settlement process is critical, and it is possible you may need to communicate or negotiate directly with your creditors to facilitate the process.  However, any settlement offer presented directly to you by your creditors is considered a result of EFS' debt negotiation program, even if you handled all or part of the negotiation with that particular creditor.  Accordingly, your personal involvement in the overall renegotiation, settlement, or altering of the terms of an enrolled debt does not bear on whether the associated fee has been earned by EFS and does not modify the terms of this Agreement.  EFS employs various methods to facilitate the negotiation process, and irrespective of your level of involvement in any particular settlement, EFS' fee is considered earned in full when the settlement is reached, you agree to it, and a payment is made toward that settlement with the creditor.



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

3. **Client Responsibilities:** EFS will provide client with an estimated monthly payment and term of program based on an estimated 50% savings off of your total debt enrolled. Client has the option of opening a special savings account for the purpose of this program at a FDIC insured banking institution through Global Client Solutions, or save funds in another account of client's choosing. The account will be in the client's name, and the client will maintain control over the account at all times. Only the client may authorize and direct disbursements from the account. If you are using a third party designee to transfer, deposit, withdraw or disburse funds, you may be subject to paying additional fees to the third party designee, if any, for handling your transactions. EFS may provide you with information and forms from companies and banks that can act as your designee, but your use of a designee and your agreement with such designee is separate from your agreement with EFS. Please make sure that you do not enroll any creditor that you also currently use for your normal checking or savings. EFS will withdraw its fee from this account or through direct payment by the client. Each month the client is expected to make all payments required by this contract. Client understands that it is their sole responsibility to deposit estimated funds to become successful in completing the program. Client understands that EFS retains the right to withdraw any fees owed to EFS. Fees will be paid to EFS as they are earned, that is, fees will be paid as settlements are executed with creditors. Client understands that EFS does not make any guarantees regarding the affects of credit ratings while in the program. Depending upon individual circumstances, credit can be enhanced, adversely affected or not altered, but in any such case the affect is beyond the control of this program. Creditor willingness to negotiate varies. Some creditors are more difficult and may result in higher settlement amounts and alternate settlement methods. Client understands some creditors may refuse to negotiate depending on your circumstances or simply because they have chosen to work with a debt settlement company. Elite Financial Services' negotiators will always perform as much as of the work as possible, however, the client may be required to directly participate in negotiation with more difficult creditors by speaking directly with creditors. Client will be honest with EFS regarding any information given, keep EFS informed of any occurrences with creditors and with any contact information (i.e. phone numbers and addresses). Client agrees to forward all communications with creditors directly to EFS. All financial information provided by client is the sole responsibility of the client. Client agrees to indemnify and hold EFS principles harmless from any liability incurred by EFS based on any false or misleading information provided by client. All payments made to Elite Financial Services will be done in the form of an ACH debit (Electronic withdrawal) unless otherwise stated by Elite Financial Services. Elite Financial Services requires 72 hours written notice to alter or change an electronic payment. The written notice can be done via email or fax. Any program deposit that is returned due to insufficient funds will be automatically redeposited upon notification. Additionally, a $25.00 fee for the returned payment will be processed. The client will be responsible for the payment of any bank set up costs and monthly bank costs associated with the establishment of the Global Client Solutions account. These costs will be included in the monthly payment. Client acknowledges that it may be necessary, in certain circumstances, for EFS to disclose information about the client to creditors or others in order to achieve the objectives stated herein, and client hereby assents to these disclosures. Any such disclosures by EFS will be in the client's best interest, and will not be provided to anyone unless it is reasonably necessary in order to accomplish these stated goals. Any power of attorney granted to EFS by client only authorizes EFS to communicate with creditors for the purpose of negotiating settlement offers and to initiate transfer of funds.

## B. Program Selection and Alternatives

We determine your eligibility for a debt settlement program, but we do not evaluate your unique credit and debt situation to determine all debt relief options for you. It is important to be aware of other debt relief options which may include credit counseling, bankruptcy or working directly with your creditors. Creditor collection activity: while you are in the program, late fees, penalties, and interest will likely continue to accrue on your debt until your creditor accepts a settlement offer and the settlement is completely satisfied as agreed. Your creditors



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

may raise your interest rates, they may bill you late fees and over the limit fees. Other creditors may increase your interest rates or eliminate your lines of credit as a result of defaulting with creditors enrolled in the program (universal default). During the course of the program client's credit rating may be negatively affected.

## C. Disclaimer, Termination & Arbitration

1. **Disclaimer:** EFS is a debt settlement company. EFS does not hold client funds and does not make regular monthly payments to a client's creditors. The goal of the program is to eventually reduce client's current debt amount by negotiating lump sum settlements as the client accumulates the funds to pay each settlement. This is not a loan. EFS will work diligently to minimize creditors' communication via mail and telephone and reduce the probability of legal action by creditors against client. However, EFS does not provide a legal service, advice on legal issues, or advice on the legal effect of any settlement. In the event that legal action is commenced by a creditor against client, client agrees to immediately notify EFS and hold EFS harmless from any such legal action by creditors. EFS does not guarantee the results regarding the estimated quote. EFS has given these estimates, though they are limited by their knowledge at the time of the estimated quote. Some programs are not suitable for some individuals. Unless the client is insolvent, if the client settles with a creditor for less than the full amount of debt, the settlement may result in a taxable income to the client, even though the client does not receive any money. Specific results cannot be predicted or guaranteed. The client must meet certain savings goals in order to maximize results.

2. **Termination:** EFS holds the right to discontinue any services for client in the event that this contract is breached or payment for fee is not made by client. The client shall have the right to terminate Elite Financial's services at any time, without penalty or obligation, effective upon receipt by EFS of written or electronic notice. Upon termination of this agreement all powers of attorney granted by the client to EFS shall be revoked and ineffective. A Notice of Cancellation is included with this Agreement. Please keep a copy of this notice for your records. EFS will respond to these requests immediately in writing or by phone. Any fees owed to EFS will be due in full at that time. All fees that have already been paid to EFS are non-refundable after the expiration of Client's statutory cancellation period that varies by state. In the event that a client settles with any creditors that the client has enrolled in our debt reduction program within twelve (12) months after termination of this contract, Elite Financial shall be entitled to payment of the settlement fees as if its contract had not been terminated prior to client's agreement to settlement if Elite Financial Services performed services on the client's behalf that resulted in the settlement.

3. **Arbitration of Dispute**: Unless the state of your residence requires otherwise, in the event of any controversy, claim or dispute between the parties arising out of or relating to this agreement or the breach, termination, enforcement, interpretation or validity thereof, including the termination of the scope or applicability of this agreement to arbitrate, dispute resolution shall be determined by arbitration in Essex County, Massachusetts or in the county in which the consumer resides, in accordance with the laws of the state of Massachusetts for agreements to be made in and to be performed in Massachusetts. If the state in which you reside requires it then the laws of your state of residence will govern this contract rather than the laws of Massachusetts. If the laws of your state do not permit arbitration then disputes will be resolved according to the laws of your state of residence. Otherwise, the parties agree, the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and the AAA shall select procedures and an arbitrator. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class



**100 Cummings Center, Suite 141A**
**Beverly, MA 01915**
**P: (866)922-0040**
**F: (781)417-7088**

member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost of arbitration, including attorney's fees, equally. If the consumer's share of the cost is greater than $1,000.00 (one-thousand dollars), the company will pay the consumers share of costs in excess of that amount.

In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award.

This contract constitutes the entire agreement between Elite Financial and the client and supersedes all prior communications, understandings and agreements relating to the specific subject matter hereof. There are not terms, obligations, covenants, representations, statements, or conditions other than described in this contract. No variations or modifications of this agreement or waiver of any terms or provisions hereof shall be deemed valid unless in writing and signed by both parties. This contract is effective when received, accepted and signed by Elite Financial Services.

## D.  State Specific Requirements

Your state of residence may require certain language to be included in all agreements for services related to the settlement of your debts. Included in this Enrollment Package are the requirements for those states entitled State Requirements. Those requirements are included herein by reference.

| **Client Signature** | **Co-Client Signature** |
|---|---|
| Emil F Ebrahim | Hanaa F Sharmouk |
| 12635 Woods Ave | 12635 Woods Ave |
| Norwalk, CA  90650 | Norwalk,CA 90650 |
| 12/5/2018 | 12/5/2018 |
| **Date** | **Date** |

**Accepted By:**

Elite Financial Services, Inc.
100 Cummings Center, Suite 141A
Beverly, MA 01915


_____      _____
**Company Representative (Printed)**            **Date**


_____
**Company Representative (Signature)**



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

## STATE REQUIREMENTS

**ILLINOIS**

The maximum fee is 15% of Savings.

**INDIANA**

(1)EFS will negotiate with your creditors to reduce the amount owed by you to those creditors, and if successful, will charge the fees listed in the Fee Section on Page 8. (2) You may proceed against the Merchants Bonding Company, (3) 2100 Fleur Drive, Des Moines, Iowa 50321, account number 26015. (4)You have a right to review any file on you maintained by a consumer reporting agency. (5)Your file will be available for review at no charge as set forth in 15 U.S.C. 1681j, or for a minimal charge at any other time as provided by 15 U.S.C. 1681j(f). (6)You have the right to dispute the completeness or accuracy of an item contained in a file maintained by a consumer reporting agency. (7)Accurate information cannot be permanently removed from the files of a consumer reporting agency. (8)When information becomes obsolete consumer reporting agencies are prevented from issuing reports containing obsolete information. (9) Nonprofit credit counseling services are available to you.

**IOWA**

The methodology of the debt management program we are proposing includes the following:

**1.** The debt management program is a debt settlement program. We will negotiate with your creditors the outstanding balance. When negotiations with creditors takes place proposals will be sent to creditors when funds are available for settlement. We require you to retain control of your own funds for disbursement to creditors. You agree to allow us access to your funds to pay our fees. When a creditor accepts a settlement proposal we will inform you of the settlement offer.
**2**. The length of your program may not exceed 60 months.
**3**. The maximum fee is 18% of Enrolled Debt.

**MAINE**

**1**. State registration number of EFS is_____.
**2**. EFS has posted a surety bond with the State of Maine.
**3**. If you have any questions or complaints about the business practices of EFS, or if you wish to make a claim against the surety bond, please contact:

    Superintendent, Bureau of Consumer Credit Protection
    35 State House Station
    Augusta, Maine 04333-0035
    In-state consumer line: 1-800-332-8529 (1-800-Debt Law)

**4**. By signing this agreement you (the consumer) agree that state financial regulators may audit deposits into, disbursements from the designated account referred to herein, to verify that the debt management service provider is complying with Maine Law.
**5**. The maximum fee is 15% of the amount by which the consumer's debt is reduced as part of each settlement.

**MINNESOTA**

**1.** If a creditor withdraws from the plan, you will be promptly notified (within 15 days) and you will have the right to modify this agreement. If fifty percent of the creditors withdraw you will have the right to cancel this agreement.
**2.** The resident agent for service of process is National Registered Agents, Inc, 590 Park Street #6, Capitol Professional Building, St. Paul MN 55103.
**3.** This agreement will automatically terminate upon the settlement of all enrolled debt.
**4.** We may cancel this agreement with good cause upon 30 days' written notice to you.
**5.** Elite Financial Services Corporation is registered in Minnesota, registration number _____ .
**6.** The maximum fee is 15% of Enrolled Debt.



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

### NEVADA

1. EFS does not hold money on the Client's behalf.  See the List of Creditors Not Expected to Participate in the Program.  EFS does not direct payments to creditors that do not participate in the program.
2. The Client may contact the Nevada Commissioner with any questions or complaints.  The contact details for the Commissioner are:
    Office Address:    Steven Kondrup, Deputy Commissioner, Financial Institutions Division, 2785 E. Desert Inn Rd, Ste 180, Las Vegas NV 89121
    Phone Number:    (702)486-4120
    Website:    www.fid.state.nv.us/
3. The Client authorizes any bank in which there has been established a dedicated account to disclose, upon request, to the Nevada Commissioner any financial records relating to the dedicated account.
4. EFS will notify the Client within 5 days upon receipt of notice from any creditor of the client that said creditor intends to withdraw from the program. EFS will notify the Client of the name of the Creditor, and Client will have the right to amend the agreement or withdraw from the agreement upon said notice.
5. The maximum fee is 30% of the amount saved, not to exceed 20% of the debt enrolled.

### RHODE ISLAND

The maximum fee is 30% of Savings.

### UTAH

1. EFS will comply with its obligations required under section 13-42-127 of the Utah Code Annotated as follows:  Initial, monthly and final statements will be sent to clients by GCS through the mail or electronically at the client's option.  All account transaction information will be provided in these statements.  Additionally, clients may access GCS accounts by telephone or Internet at any time using the passcodes provided.
2. EFS will notify the Client within 5 days upon receipt of notice from any creditor of the client that said creditor intends to withdraw from the program. EFS will notify the Client of the name of the Creditor, and Client will have the right to amend the agreement or withdraw from the agreement upon said notice.
3.  The Client authorizes any bank in which there has been established a dedicated account to disclose, upon request, to the Utah Department of Commerce Division of Consumer Protection any financial records relating to the dedicated account.
4. The Client may contact the Utah Division of Consumer Protection with any questions or complaints.  The contact details for the Division are:
    Office Address:    160 East South Street, Salt Lake City, Utah 84111
    Phone Number:    (801) 530-6601
    Website:    **consumerprotection@utah.gov**
5. The maximum fee is 30% of the amount saved, not to exceed 20% of the debt enrolled.

### WASHINGTON

The maximum fee is 15% of enrolled debt.



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

---

### IMPORTANT INFORMATION FOR YOU TO CONSIDER

1. Our program is not right for all individuals, and you may ask us to provide information about bankruptcy and other ways to deal with your debts.

2. Non payment of your debts under our program may:
   Hurt your credit rating and scores.
   Lead your creditors to increase finance and other charges; and
   Lead your creditors to undertake activity, including lawsuits, to collect debts.

3. Reduction of debt under our program may result in taxable income to you, even though you will not receive any money.


**Elite Financial Services, Inc.**
**100 Cummings Center, Suite 141A**
**Beverly, MA 01915**



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

## Notice of Cancellation

### Please retain a copy of this cancellation notice for your records

| Notice of Right to Cancel |
|---|
| **You may cancel this Agreement, without any penalty or obligation, at any time before midnight of the third business day that begins the day after you agree to it by electronic communication or by signing it.**<br><br>**To cancel this agreement during this period, send an E-mail to [staff@livedebtfree.net](mailto:staff@livedebtfree.net) or mail or deliver a signed, dated copy of this notice, or any other written notice to Elite Financial Services, Attention Customer Support at 100 Cummings Center, Suite 141A Beverly, MA 01915 before midnight on _____.**<br><br>**If you cancel this agreement within the 3-day period, we will refund all money you already have paid us.**<br><br>**You also may terminate this agreement at any later time, but we are not required to refund fees you have paid us.**<br><br>**I cancel this Agreement.** |
| **PRINT NAME:** |
| **SIGNATURE:** |
| **DATE:** |
|  |
|  |
|  |
| **Below is for Elite Financial Services Management only** |
| **Received Date:** |
|  |
| **Received By:** |
|  |

**Client ID:** 1163901



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

### LIST OF CREDITORS EXPECTED TO PARTICIPATE IN PROGRAM

We expect most unsecured creditors to participate in the program. Working together with our clients, we have negotiated settlements with all credit card issuers in the past, and with all assignees of credit card accounts.

### LIST OF CREDITORS NOT EXPECTED TO PARTICIPATE IN PROGRAM

Federal Credit Unions
National Payday Loans

### LIST OF CREDITORS NOT ELIGIBLE FOR PROGRAM

All secured creditors
Mortgage companies
All banks holding mortgages
All auto loans
All student loans
All tax debts



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

**Schedule of Program Deposits**

| Payment Date | Payment Amt | Payment Date | Payment Amt |
|---|---|---|---|
| 01/20/2019 | $ 569.57 | 07/20/2021 | $ 569.57 |
| 02/20/2019 | $ 569.57 | 08/20/2021 | $ 569.57 |
| 03/20/2019 | $ 569.57 | 09/20/2021 | $ 569.57 |
| 04/20/2019 | $ 569.57 | 10/20/2021 | $ 569.57 |
| 05/20/2019 | $ 569.57 | 11/20/2021 | $ 569.57 |
| 06/20/2019 | $ 569.57 | 12/20/2021 | $ 569.29 |
| 07/20/2019 | $ 569.57 | | |
| 08/20/2019 | $ 569.57 | | |
| 09/20/2019 | $ 569.57 | | |
| 10/20/2019 | $ 569.57 | | |
| 11/20/2019 | $ 569.57 | | |
| 12/20/2019 | $ 569.57 | | |
| 01/20/2020 | $ 569.57 | | |
| 02/20/2020 | $ 569.57 | | |
| 03/20/2020 | $ 569.57 | | |
| 04/20/2020 | $ 569.57 | | |
| 05/20/2020 | $ 569.57 | | |
| 06/20/2020 | $ 569.57 | | |
| 07/20/2020 | $ 569.57 | | |
| 08/20/2020 | $ 569.57 | | |
| 09/20/2020 | $ 569.57 | | |
| 10/20/2020 | $ 569.57 | | |
| 11/20/2020 | $ 569.57 | | |
| 12/20/2020 | $ 569.57 | | |
| 01/20/2021 | $ 569.57 | | |
| 02/20/2021 | $ 569.57 | | |
| 03/20/2021 | $ 569.57 | | |
| 04/20/2021 | $ 569.57 | | |
| 05/20/2021 | $ 569.57 | | |
| 06/20/2021 | $ 569.57 | | |



100 Cummings Center, Suite 141A
Beverly, MA 01915
P: (866)922-0040
F: (781)417-7088

## "Difficult Creditors" Policy

Creditor willingness to negotiate varies. Some creditors are more difficult and may result in higher settlement amounts and/or alternative settlement methods. Some creditors may refuse to negotiate depending on your circumstances, or simply because you have chosen to work with a debt settlement company. Though Elite Financial Services' negotiators are committed to handling every possible aspect of your debt negotiation agreement, as much of the work as possible, you may be required to directly communicate (or negotiate) with a difficult creditor. In such an instance, EFS will work with you, on a case by case basis, to formulate an appropriate method for approaching these creditors, including providing you with step by step instructions to follow and an appropriate negotiated settlement range.

The following creditors/collection agencies have historically been more resistant to negotiating settlements with debt settlement companies:

American Express
Bank of America
Chase Bank
Citibank (including Citi Retail accounts)
Discover Bank
Portfolio Recovery Services
Prosper
Sessoms & Rogers, PA
Smith Debnam LLP
Synchrony Bank

Your active personal involvement in the negotiation and settlement process is required. For difficult creditors or creditors resistant to debt settlement in general, your participation may be required to a greater extent. EFS will always make the initial outreach to the creditor and will endeavor to handle as much of the negotiation process as possible. However, there may be times when you will be required to actively participate in, or even directly communicate with, a difficult creditor. EFS will walk you through the process of doing so if the need should arise.