JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL EBRAHIM and HANAA SHARMOUKH,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. CV 22-890-DMG (RAOx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [41]** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, and good cause appearing, the above-captioned action is dismissed with prejudice. Each party shall bear its own costs and attorney fees. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: September 6, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE